UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BERLIE L. FINCHAM a/k/a BURLEY L. FINCHAM, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> ELITE INVESTMENT PROPERTIES, LLC, <br><br> Garnishee. | NO. 3:20-mc-05031-BHS <br><br> (3:08-CR-5128-1) <br><br> **Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Berlie L. Fincham, from Elite Investment Properties, LLC, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Elite Investment Properties, LLC, whose address is Elite Investment Properties, LLC, 16112 17th Avenue Ct E, Tacoma, WA 98445.

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this __4th__ day of __September__, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970